STIX, BAER & FULLER CO. *v.* UNITED STATES

No. 6857.—Invoices dated Fenton, England, April 1943, etc.
Certified April 1943, etc.
Entered at St. Louis, Mo., June 21, 1943, etc.
Entry Nos. 895; 1018.

(Decided February 11, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases. Insofar as the appeals relate to all other merchandise they are hereby dismissed.
Judgment will be rendered accordingly.

INTERNATIONAL EXPEDITERS, INC., ET AL. *v.* UNITED STATES

No. 6858.—Invoices dated Walsall, England, January 17, 1946, etc.
Entered at Chicago, Ill., March 6, 1946, etc.
Entry No. 4413, etc.

(Decided February 11, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.